Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JULIA DAHL,<br><br>             Plaintiff,<br><br>vs.<br><br>UNITRIN PROPERTY AND CASUALTY INSURANCE GROUP and TRINITY UNIVERSAL OF KANSAS,<br><br>             Defendants. | NO. 3:07-CV-05140 RBL<br><br>ORDER REMANDING CASE TO STATE COURT |

This matter having come before the Court on plaintiff's motion to remand for lack of jurisdiction; plaintiff appearing by MARIE DOCTER of BRIGGS & BRIGGS; defendants appearing by DANIEL L. LLOYD of LEE, SMART, COOK, MARTIN & PATTERSON; and the Court having considered the records and files herein and being in all matters fully advised; now, therefore, it is hereby

/

/

/

ORDER REMANDING CASE TO
STATE COURT - 1
NO. 3:07-CV-05140 RBL

ORDERED, ADJUDGED and DECREED that plaintiff's motion is granted and this case is hereby remanded to the Superior Court of the State of Washington, in and for Lewis County, Cause #07-2-00178-4.

Done in open Court this 7th day of May, 2007.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER REMANDING CASE TO
STATE COURT - 2
NO. 3:07-CV-05140 RBL