AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

JULIA DAHL,

     v.                   CASE NUMBER:  CR07-5140RBL

UNITRIN PROPERTY and CASUALTY
INSURANCE GROUP, and
TRINITY UNIVERSAL OF KANSAS,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

This case is REMANDED to the Superior Court of the State of Washington, in and for Lewis County. Cause #07–2-00178-4.

*DATED : 5/8/07*

                                            BRUCE  RIFKIN
                                            *Clerk*

                                           /s/   Jean Boring
                                        *(By) Deputy Clerk*, Jean Boring